# CUDDY LAW FIRM, P.L.L.C.

ANDREW K. CUDDY
MANAGING ATTORNEY

FRANCESCA ANTORINO
SENIOR ATTORNEY (NY)
FANTORINO@CUDDYLAWFIRM.COM

PRINCIPAL OFFICE (MAILING ADDRESS)
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

OFFICES
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

November 11, 2026

C. v. New York City Department of Education, 26cv3451

**VIA ECF:**
Magistrate Judge Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Granted.

SO ORDERED:

11/12/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dear Judge Lehrburger:

I am a Senior Attorney at the Cuddy Law Firm, P.L.L.C., attorney for the Plaintiff in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs, and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et. seq.* ("IDEA"), as well as for this action.

I write to request the Court grant leave for Plaintiff to file the administrative records from the administrative matters (270137 & 290308) under seal as the documentation requires extensive redactions of a minor's personal information, including the minor's name, date of birth, and school identification number. Defendant's counsel consents to the request.

The family whose records underlie this matter have a regularly recognized and established right to privacy concerning the type of documents proposed; namely, the administrative record of an Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, impartial due process hearing. *See, e.g., R.G. v. New York City Dept. of Educ.*, S.D.N.Y. Index No. 18-cv-12119-JPC-RWL, Dkt. 21, 22; *A.M. v. New York City Dept. of Educ.*, S.D.N.Y. Index No. 14-cv-09224-JPO-RWL, Dkt. 7, 8; *Donohue v. New York City Dept. of Educ.*, S.D.N.Y. Index No. 20-cv-1942-ALC-KHP, Dkt. 13 (Order for filing certified record from Office of State Review under seal); *Rutherford v. Florida Union Fr. Sch. Dist.*, S.D.N.Y. Index No. 7:16-cv-09778-KMK, Dkt. 202 (Memo Endorsement); 20 U.S.C. §§ 1232g, 1415, 1417(c). The administrative record itself is also replete with Individualized Education Program ("IEP") documents, student assessments, data collection on the student, and similar records that are independently confidential. Notably, in addition to the IDEA and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, New York's regulations implementing the IDEA require the confidentiality and preservation thereof as to personally identifiable data, information, or records pertaining to students with disabilities. 8 N.Y.C.R.R. §§ 200.2(b)(6), (b)(11)(ii), 200.5(e).

Thank you for your consideration of this request.

Sincerely,

s/ Francesca Teresa Antorino

Francesca Teresa Antorino Esq.

CC: Martha Nimmer (via ECF)